IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:19-CR-3142 |
| vs. | |
| DANIEL GALINDO, | ORDER |
| Defendant. | |

IT IS ORDERED:

1. The government's Motion to Dismiss Forfeiture Allegation (filing 47) is granted.

2. The forfeiture allegation of the Indictment (filing 4) is dismissed.

3. The Bill of Particulars for Forfeiture of Property (filing 10) is dismissed.

4. The Motion for Preliminary Order of Forfeiture (filing 45) is withdrawn.

Dated this 25th day of August, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge